IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Tamia Walker

Bankruptcy No. 13-20952
Judge Carol A. Doyle
Chapter: 13

Debtor

## ORDER CONDITIONING AUTOMATIC STAY

This cause coming to be heard on the motion of Bank of America, N.A., through its attorney, Rocio Herrera of Johnson, Blumberg & Associates, LLC, for relief from the automatic stay, the court being fully advised;

IT IS ORDERED:

1. The Debtor shall cure the default of $8,081.62 through June 30, 2014 (with said sum including reimbursement to the Movant for its attorney's fee and cost of this motion of $1,026.00) by monthly payments on the following schedule:

   | | | |
   |---|---|---|
   | A. | On or before July 1, 2014 | $1,346.94 |
   | B. | On or before August 1, 2014 | $1,346.94 |
   | C. | On or before September 1, 2014 | $1,346.94 |
   | D. | On or before October 1, 2014 | $1,346.94 |
   | E. | On or before November 1, 2014 | $1,346.94 |
   | F. | On or before December 1, 2014 | $1,345.92 |

   These payments are in addition to the regular monthly mortgage payments due under the terms of the note and mortgage. If the Debtor fails to tender the above payments, then the default provisions of paragraph 3, below, shall apply.

2. Effective July 1, 2014, and thereafter, if the Debtor fails to tender the monthly installment payments due Bank of America, N.A. such that two monthly mortgage payments are due and not fully paid, then the default provisions of paragraph 3, below shall apply.

3. If the Debtor fails to comply with the terms of paragraphs 1 or 2, above, then the automatic stay shall be modified, without further order of court, to allow Bank of America, N.A. to exercise any and all of its state law remedies to obtain foreclose, evict or take any other action to preserve and protect its interest with respect to the real property commonly known as 538 N. Taylor Ave., Oak Park, Illinois 60302, provided that written notice of default is mailed to the Debtor and Debtor's attorney and the default specified in the notice is not cured within 15 days of the mailing of the notice. When cure is made pursuant to this paragraph, the monthly mortgage payments due shall be made in certified funds payable to the Creditor above and tendered at the offices of Johnson, Blumberg & Associates, LLC, at the address below and must be received prior to the expiration of the 15-day notice period to cure the stated default.

4. For the purpose of determining when the automatic stay is modified, the automatic stay is deemed modified upon expiration of the cure term when the Debtors fail to cure. Any proof of claim filed by the Creditor is hereby withdrawn.

Date: 6/26/14

Enter:

Judge Carol A. Doyle

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711